SILVER SPRINGS MANUFACTURING COMPANY, Respondent, *v.* THE KEMPER-THOMAS COMPANY, Appellant.

*Silver Springs Manfg. Co.* v. *Kemper-Thomas Co.*, 131 App. Div. 927, affirmed.

(Argued January 23, 1913; decided February 11, 1913.)

APPEAL from a judgment, entered March 23, 1909, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department overruling defendant's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for the plaintiff upon the verdict directed in its favor by the trial court in an action to recover for goods alleged to have been sold and delivered.

*Clarence H. Greff* for appellant.

*Michael L. Coleman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.   Absent: WERNER, J.